Pro Se 14 (INND Rev. 2/20) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
JUN 16 2023
At_____M
Chanda J. Berta, Acting Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Channing Lamonte Scott
[You are the PLAINTIFF, print your full name on this line.]

v.

Warden Galipeau, I.D.O.C.
Dep. Warden Gann, Westville Corr. Center
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number 2:23 CV 200
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] Warden Galipeau | 5501 S 1100 W Westville IN. 46391-9335 |
| 2 | [Put the names of any other defendants in these boxes.] Dep. Warden Gann Westville Correctional Ctr. (WCC) | 5501 S 1100 W Westville IN. 46391-9335 |
| 3 | Indiana Dept. of Correction | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 3

2. What is the name and address of your prison or jail? Westville Correctional Center (WCC) 5501 S 1100 W Westville IN. 46391-9335

3. Did the event you are suing about happen there? ☒ Yes. ○ No, it happened at: _____

4. On what date did this event occur? 5-26-23 to Present

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]


30

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The Indiana Department of Corrections has sent me to the Westville Correctional Center where I'm being housed in a building that isn't up to code, is unsafe and would be condemned if it weren't for large amounts of money in fines being paid to keep from having the whole facility closed down violating my 8th amendment rights. I arrived here on 5-26-23 and haven't had access to drinking/shower water without rust in it. There are live electrical wires protruding from the walls that are being used to light everything from cigarettes, marajuana, synthetics & "wicks", which fills the building with secondhand smoke constantly making it difficult to breath. There's black mold in the bathroom and shower areas & windows missing out of majority of all rooms, especially the bathrooms & bed areas. There are large holes in the floor (cement) with loose gravel the size of bricks & rebar in & around the holes which can be used as weapons. There are no working urinals & only 4 toilets that work on a dorm of over 100 men. An inmate was able to hang & kill himself recently without the officer on duty becoming aware until it was too late. Drugs are readily available & brought in by the officers/staff to be distributed by inmates. The entire building is mice infested & the walls & floors are so filthy they can't

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

come clean. There are holes in the walls + ceilings + asbestos in the paint + tiles.

2) The Warden, Mr. Galipeau + Deputy Warden, Mr. Gann are in charge of all of the operations that go on in this facility + these are all ongoing problems that began on my arrival + nothing is being done or has been done up to this point.

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ⊗ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ⊗ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ⊗ No, this event is not grievable at this prison or jail.
   ○ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

_____

_____

_____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

1) Immediate transfer
2) Placed into a RWI program as ordered by the court

_____

_____

[Initial Each Statement]
   CS  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   CS  I will keep a copy of this complaint for my records.
   CS  I will promptly notify the court of any change of address.
   CS  I WILL NOT send more than one copy of any filing to the court.
   CS  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   CS  I declare **under penalty of perjury** that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 6 / 13 /20 23 at 8:20 am/(pm).
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   _Chauncey L. Scott_                                    123288
   Signature                                              Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]